LEAK v. LEAK.

(Circuit Court of Appeals, Ninth Circuit. October 7, 1907.)

No. 1,443.

DIVORCE—APPEAL—APPEALABLE JUDGMENT UNDER ALASKA CODE.

Carter's Alaska Code, pt. 4, § 504, which provides for appeals from the District Court for the district of Alaska to the Circuit Court of Appeals for the Ninth Circuit in civil causes where the amount involved or the value of the subject-matter exceeds $500, does not authorize an appeal from a decree granting or denying a divorce or awarding the custody of their minor children to one or the other of the divorced parties.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 17, Divorce, § 563.]

Appeal from District Court of the United States for the First Division of the District of Alaska.

On Motion to Dismiss Appeal.

Jno. R. Winn and Newark L. Burton, for appellant.

Malony & Cobb, for appellee.

Before GILBERT, Circuit Judge, and DE HAVEN and HUNT, District Judges.

GILBERT, Circuit Judge. The motion to dismiss the appeal must be sustained. The appeal is taken from a decree of the District Court for the District of Alaska, and particularly from that part thereof which grants a divorce and separation to the appellee, and awards him the care and custody of one of the minor children of the parties. Section 504 of Carter's Alaska Code, pt. 4, provides for appeals to this court from the District Court of Alaska in civil causes only in cases where the amount involved, or the value of the subject-matter, exceeds $500. There is no statutory provision for appeal in cases where the value of the subject-matter of the controversy cannot be measured in money, and this court is given no power to review the judgment of the District Court of Alaska in decreeing or denying divorce, or in awarding the custody of their minor children to one or the other of the divorced parties. Simms v. Simms, 175 U. S. 162, 20 Sup. Ct. 58, 44 L. Ed. 115.